# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ERIC CURRY

NO. 2026 KW 0009

**APRIL 8, 2026**

In Re:     Eric Curry, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           Nos. DC-25-03380, DC-25-02725.

BEFORE:   **THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

    **WRIT DENIED.**

                          MRT
                          KEB
                          BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana
Supreme Court.